IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CRYSTAL BAILEY

    Plaintiff

vs.

                          Civil Action No.: WMN-03-367

UNITED STATES OF AMERICA

    Defendant

******

## ORDER

Plaintiff having failed to serve the summons and complaint upon defendant **United States of America** within 120 days after the filing of the complaint, it is, this 11th day of June 2003,

ORDERED that plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                       William M. Nickerson
                                       Senior United States District Judge

U.S. District Court (Rev. 12/2000)