UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| Crystal Bailey | * |
| Plaintiff | * |
| v. | *   Case No.: WMN 03 CV 367 |
| United States of America ("HUD") | * |
| and | * |
| Thomas DiBagio, U S Attorney | * |
| Defendant | * |

*   *   *   *   *   *   *   *   *   *   *   *

**AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL**

Now comes Marc Hoffman, attorneys for the Plaintiff, Cyrstal Bailey, pursuant to Maryland Rule 2-126 and states the following:

1. That a copy of the attached Summons, along with the Complaint were mailed and served on the Defendant, HUD, through Thomas DiBagio, United States Attorney; 6625 U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland, 21201-2692, by certified mail, return receipt requested.

2. That the aforesaid was in fact received by the Defendant on the 1st day of May, 2003, as evidenced by their signature on the original return receipt which is attached hereto and incorporated herein.

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

HOFFMAN & HOFFMAN, P.A.
ATTORNEYS AT LAW
301 N. CHARLES STREET
SUITE 804
BALTIMORE, MARYLAND 21201
(410) 685-1156

1

By: /s/ Marc Hoffman
MARC HOFFMAN
Bar No.: 23335

301 N. Charles Street
Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Of Counsel
Attorneys for Plaintiff

HOFFMAN & HOFFMAN, P.A.
ATTORNEYS AT LAW
301 N. CHARLES STREET
SUITE 804
BALTIMORE, MARYLAND 21201
(410) 685-1156

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas DiBagio, U.S. Attorney
6625 U.S. Courthouse
101. West. Lombard St.
Baltimore, MD 21201-2692

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☐ Agent  ☒ Addressee

B. Received by (Printed Name): Charles Hopkins
C. Date of Delivery: 5/1/03

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☒ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7001 2510 0004 0488 5818

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509