FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 JUL -3  A II: 09

CLERK'S OFFICE
AT BALTIMORE

————— DEPUTY

RECEIVED
JUN 23  2003

SENIOR JUDGE WILLIAM M. NICKERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

CRYSTAL BAILEY

    PLAINTIFF

V.                                                    CASE No. WMN 03-cv-367

UNITED STATES OF AMERICA

    DEFENDANT

## RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Plaintiff, by undersigned counsel, and in response to the Show Cause Order issued by the Court on June 11, 2003, does hereby respond as follows:

That proper service was attempted on the United States after it was issued on or about February 11, 2003. Thereafter, it was effected on the US Attorney for the State of Maryland on May 1, 2003 and proof of service was filed with this Court on or about May 7, 2003.

2. A return of service is still being awaited on the Secretary of Housing and Urban Development and is outstanding. However, pursuant to the Federal Rules of Procedure, it was timely and properly sent out.

3. In addition, counsel for the United States, John Sybil, Esquire (sic from notepad) contacted undersigned counsel on or about June 16, and left a telephone message in which he admitted service, expressed a desire to file an answer and said he would be out of town from June 17 to June 26. Counsel was unable to reach him in time but, the United States is now in default.

Wherefore, the Plaintiff respectfully requests that:

1

A. The Court find that Plaintiff has met her burden, and

B. That the case not be dismissed.

Respectfully Submitted:

HOFFMAN AND HOFFMAN, P.A.

BY

Charles Frederick Chester Bar No. 01419
Of Counsel
301 North Charles Street, Suite 804
Baltimore, Maryland 21201
(410) 685-1156, ext. 17
Counsel to Plainitff

**2**

Subj:      **Returned mail: Host unknown (Name server: mdd.uscourts.gov/: host not found)**
Date:      6/18/2003 9:40:06 PM Eastern Standard Time
From:      MAILER-DAEMON@aol.com
To:        ChesterEsq@aol.com
File:      **bailey.SC.wpd.pdf** (50778 bytes) DL Time (46666 bps): < 1 minute
*Sent from the Internet (Details)*


The original message was received at Wed, 18 Jun 2003 21:39:07 -0400 (EDT)
from root@localhost

   ----- The following addresses had permanent fatal errors -----
<mdd_voyager@mdd.uscourts.gov/>

   ----- Transcript of session follows -----
550 <mdd_voyager@mdd.uscourts.gov/>.   Host unknown (Name server: mdd.uscourts.gov/: host not found)


Final-Recipient: RFC822; mdd_voyager@mdd.uscourts.gov/
Action: failed
Status: 5.1.2
Remote-MTA: DNS; mdd.uscourts.gov/
Last-Attempt-Date: Wed, 18 Jun 2003 21:39:11 -0400 (EDT)


Received: from ChesterEsq@aol.com
     by imo-r02.mx.aol.com (mail_out_v36.3.) id j.1dc.c238377 (16484)
     for <mdd_voyager@mdd.uscourts.gov/>; Wed, 18 Jun 2003 21:39:07 -0400 (EDT)   *Website List!*
Return-path: <ChesterEsq@aol.com>
From: ChesterEsq@aol.com
Message-ID: <1dc.c238377.2c226e3a@aol.com>
Date: Wed, 18 Jun 2003 21:39:06 EDT
Subject: wmn 03-cv-367
To: mdd_voyager@mdd.uscourts.gov/
MIME-Version: 1.0
Content-Type: multipart/mixed; boundary="part1_1dc.c238377.2c226e3a_boundary"
X-Mailer: 8.0 for Windows sub 6014


Hello.
The attached is due now.
Pacer says they will send me a password in a week?
My case could be dismissed by then.
My suggestion?  Please accept this and
in the future, let me pick the password and
register it onlilne.  These people make it as
difficult as possible.  BTW, I can NEVER use the link
with your notices to get ANYTHING, including the scheduling
order for a case!
thanks
charles chester
301-294-2500