

**U.S. Department of Justice**

United States Attorney
District of Maryland
Northern Division

---

*Thomas M. DiBiagio*  
*United States Attorney*

*John W. Sippel, Jr.*  
*Assistant United States Attorney*

6625 United States Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201-2692

410-209-4800  
TTY/TDD:410-962-4462  
410-209-4807  
FAX 410-962-2310  
John.Sippel@usdoj.gov

July 10, 2003

The Honorable William M. Nickerson  
United States District Court  
for the District of Maryland  
U.S. Courthouse  
101 West Lombard Street  
Baltimore, Maryland 21201

      Re:   Crystal Bailey v. United States  
             Civil Action No.: WMN-03-367

Dear Judge Nickerson:

     I write to you to provide a brief status update on the above-captioned case. On May 1, 2003, Plaintiff served the Summons and a copy of her Complaint upon the United States Attorney for the District of Maryland. The Plaintiff did not, however, perfect service of process upon the appropriate agency - the Department of Housing and Urban Development. I have spoken with Plaintiff's counsel and we have agreed that the United States will file its response to Plaintiff's Complaint within 60 days of service of the Summons and a copy of the Complaint upon the agency.

     Please contact me if you have any questions concerning this matter.

                                   Respectfully submitted,

                                   Thomas M. DiBiagio  
                                   United States Attorney

                        By: _____  
                           John W. Sippel, Jr.  
                           Assistant United States Attorney

cc:    Clerk, United States District Court  
       for the District of Maryland (via ECF)

       Charles F. Chester, Esquire