| | | |
|---|---|---|
| LEON HOFFMAN<br>RESIDENCE<br>(410) 484-6977<br><br>MARC E. HOFFMAN<br>RESIDENCE<br>(410) 363-1747<br><br>ROBERT TAYLOR, JR.<br>RESIDENCE<br>(410) 252-7914 | *Hoffman & Hoffman, P.A.*<br>ATTORNEYS AND COUNSELORS AT LAW<br>301 N. CHARLES STREET<br>SUITE 804<br>CHARLES & SARATOGA STREETS<br>BALTIMORE, MARYLAND 21201<br>(410) 685-1156<br>(410) 685-1157<br>FAX (410) 783-1765 | REISTERSTOWN OFFICE<br>44 WESTMINSTER ROAD<br>REISTERSTOWN, MD 21136<br>(410) 833-4949<br><br>GLEN BURNIE OFFICE<br>10 RITCHIE HIGHWAY<br>SUITE 216, EMPIRE TOWERS<br>GLEN BURNIE, MD 21061<br>(410) 768-4771<br><br>CARNEY/PARKVILLE OFFICE<br>2914 E. JOPPA ROAD - SUITE 104<br>BALTIMORE, MD 21234<br>(410) 882-4320 |

RECEIVED JUL 28 2003
US DISTRICT COURT DISTRICT OF MARYLAND 2003 JUL 29 A 11: 10 CLERK'S OFFICE AT BALTIMORE BY_____ DEPUTY
SENIOR JUDGE WILLIAM M. NICKERSON

July 22, 2003

Honorable William M. Nickerson
United States District Court
    for the District of Maryland
US Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Re:  CRYSTAL BAILEY V. UNITED STATES
     Civil Action No. WMN-03-367

Dear Judge Nickerson:

   In response to the Court's Show Cause Order, a response was filed. Thereafter, Counsel for the Government wrote to Your Honor, indicating that he could not yet file an Answer due to the absence of service on the Department of Housing and Urban Development (HUD). My purpose in writing is simply to inform the Court that my office has twice sent certified mail attempting service on HUD. No returns have yet been received. When a return is received from the Post Office, the proper affidavit of service will be filed and the US Attorney will be copied.

   Thank you for your attention.

                                        Respectfully Submitted,

                                        Charles F. Chester
                                        Of Counsel
                                        Counsel for Plaintiff

CFC:om
cc:  John W. Sippel, Jr., Esq
     Clerk, US District Court


