UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | |
|---|---|
| Crystal Bailey | * |
|     Plaintiff | * |
| v. | *   Case No.: WMN 03 CV 367 |
| United States of America ("HUD") | * |
|     Defendant | * |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL

Now comes Charles F. Chester, attorney for the Plaintiff, Crystal Bailey, pursuant to Maryland Rule 2-126 and states the following:

1. That the Summons, along with the Complaint were mailed and served on the Defendant, HUD, through the Office of the Secretary of HUD at 451 Seventh Street, N.W., Washington, D.C. 20410, by certified mail, return receipt requested.

2. That the aforesaid was in fact received by the Defendant's agent, servant and employee on the 23rd day of June, 2003 and then again on the 4th day of August, 2003, as evidenced by her signature on the original return receipt.

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

BY: _____
Charles F. Chester
Bar No.: 01419
301 N. Charles Street

1

       Suite 804
       Baltimore, Maryland 21201
       (410) 685-1156
       Of Counsel
       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby Certify that on this 12th day of August, 2003 a copy of the foregoing Affidavit of Service was mailed first-class, postage prepaid to: John W. Sippel, Jr., Assistant United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201-2692.

                                                   _____
                                                   Charles F. Chester