# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRYSTAL BAILEY,** | : |
| **Plaintiff,** | : |
| v. | : |
| **UNITED STATES OF AMERICA,** | :     **Civil No.: WMN-03-367** |
| **Defendant.** | : |

...oOo...

## ORDER

Upon consideration of Defendant's Motion for Extension of Time, it is hereby

ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended through and including **September 30, 2003**.


Dated:_____          _____
                                  William M. Nickerson
                                  United States District Judge