UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BAILEY | * | |
| 7914 Eastdale Road | | |
| Baltimore, Maryland 21224 | * | |
| | | |
| Plaintiff | * | |
| | | |
| v. | * | Case No.: WMN-03-367 |
| | | |
| UNITED STATES OF AMERICA | * | |
| | | |
| Serve On: | * | |
| Ms. Carol Wilson | | |
| U.S. Department of Housing and Urban Development | | |
| 451 Seventh Street N.W. | * | |
| Washington, D.C. 20410 | | |
| | * | |
| and | | |
| | * | |
| Thomas DiBagio, Unites States Attorney | | |
| 6625 U.S. Courthouse | * | |
| 101 W. Lombard Street | | |
| Baltimore, Maryland 21201-2692 | * | |
| | | |
| And | * | |
| | | |
| DYI CORPORATION | * | |
| 300 N. Charles Street | | |
| Suite 800 | * | |
| Baltimore, Maryland 21201 | | |
| | * | |
| Serve on: Neptune Dixon | | |
| 3600 40th Place | * | |
| Colmar Manor, Maryland 20722 | | |
| | * | |
| Defendants | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED COMPLAINT**

Pursuant to Fed. R. Civ. P. 15(a), comes now the Plaintiff, Crystal

Bailey, by the undersigned Counsel, and files the following complaint against

1

U.S. Department of Housing and Urban Development and <u>DYI Corporation</u> and for the following reasons states:

## PARTIES

1.  Crystal Bailey ("Bailey") is an individual resident of Baltimore County and the State of Maryland.

2.  U.S. Department of Housing and Urban Development ("HUD") is located at 451 Seventh Street, N.W., Washington, D.C. 20410 and upon information and belief is the owner and/or property manager responsible for maintenance upkeep and good conduct of property <u>either directly or thru DYI Corporation, whose last known address is 301 N. Charles Street, Suite 800, Baltimore, Maryland 21201.</u>

## JURISDICTION AND VENUE

3.  Jurisdiction lies with the Court under 11 U.S. C 1332 pertaining to diversity of citizenship, a federal question and due to the amount in controversy exceeding Seventy-Five Thousand ($75,000.00) Dollars. A least one of the Defendants being sued is based and operates outside the State of Maryland and is a federal agency in Washington D.C.

4.  As the Plaintiff resides in Maryland, venue lies with the District of Maryland.

## FACTS

5.  On or about the 13th day of February, 2000, the Plaintiff Bailey, was lawfully, carefully and in the exercise of due care for her own safety, viewing a property located at 1940 Inverton Road, in Baltimore, Maryland,

2

which was owned and/or managed by the Defendant, HUD <u>and/or DYI Corporation</u>, when the Plaintiff Bailey ascended a wooden ladder located in the bedroom of the property to view the attic. The ladder collapsed, causing her to fall and sustain severe injuries.

      6.  That the <u>Defendants</u>, and their agents, servants, and employees, knew or should have known, and were aware or should have been aware, that the ladder in question was in a state of disrepair, and owed to invitees, including the Plaintiff Bailey, a duty to maintain the premises in a safe condition.

      7.  That the <u>Defendants were</u> required to use reasonable and ordinary care to maintain the premises safely for the invitee(s) lawfully proceeding thereon, and knew or should have known and were aware or should have been aware that the aforesaid dangerous condition existed on said ladder.

      8.  The Defendants, and their agents, servants and employees, knew or should have known and were aware or had a duty to be aware that customers could not discover this unreasonable risk or harm with the use of ordinary care and, therefore, could not protect themselves against injury from same.

      9.  That the Plaintiff, Bailey, was an invitee on the property and, as such, the <u>Defendants, HUD and/or DYI Corporation</u> and their agents, servants, and employees, owed the Plaintiff a duty to use reasonable and ordinary care to maintain the premises safely, and to protect her against injury

caused by an unreasonable risk, which she, by exercising ordinary care, could not discover.

10. That the <u>Defendants</u> and each of them breached the duties owed to the Plaintiff and were negligent in that they failed to maintain the premises safely for invitees, failed to protect invitees against injury caused by an unreasonable risk or harm which the Plaintiff by exercising ordinary care would not discover, failed to warn of the existence of such condition or danger created thereby, failed to adequately inspect its premises to see that it was safe for the purposes for which the Defendants held it out to Plaintiff, and they were otherwise negligent in the premises.

11. That the Plaintiff, Crystal Bailey says that, as a result of the aforesaid negligence of the <u>Defendants and their</u> agents, servants and employees, she was caused to fall and strike her body and limbs. She was caused to suffer and sustain serious painful and permanent injuries to her body and limbs, will in the future be caused to suffer and sustain serious, painful and permanent injuries to her body and limbs, was, is and will in the future be caused to suffer and sustain great physical pain and mental anguish as a result of said injuries, was caused to seek and receive medical treatment for her injuries, was caused to expend considerable sums of money therefore, was prevented and precluded from engaging in her usual activities, duties and pursuits for a considerable amount of time, and was otherwise injured and damaged.

12.  That the Plaintiff says that all of her injuries, damages, and losses, past, present and prospective, were, are and will be caused solely by reason of the negligence of the Defendants and each of them and their agents, servants and employees, without any negligence on the part of the Plaintiff contributing directly thereunto.

13.  WHEREFORE, this suit is brought and the Plaintiff, Bailey, claims Five Hundred Thousand ($500,000.00) dollars, damages.

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

By:_____
MARC HOFFMAN
Bar No.: 23335

By:_____
CHARLES F. CHESTER
Bar No.: 01419
301 N. Charles Street
Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Of Counsel
Attorneys for Plaintiff

WE HEREBY CERTIFY that we are members in good standing of the Maryland Bar and it's Federal Court.

By:_____
Charles F. Chester

By:_____
Marc Hoffman

5

**CERTIFICATE OF SERVICE**

We hereby certify that on this  8th day of September 2003, a copy of the foregoing Amended Complaint and Election for Jury Trial, were mailed first-class, postage prepaid to:  John W. Sippel, Jr., Assistant United States Attorney, 6625 United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201-2692 and Neptune Dixon, 3600 40th Place, Colmar Manor, Maryland 20722, Resident Agent for DYI Corporation.

By:_____
Charles F. Chester


By:_____
Marc Hoffman

UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL BAILEY<br>7914 Eastdale Road<br>Baltimore, Maryland 21224 | * * | |
| Plaintiff | * | |
| v. | * | Case No.: WMN-03-367 |
| UNITED STATES OF AMERICA | * | |
| Serve On:<br>Ms. Carol Wilson<br>U.S. Department of Housing and Urban Development<br>451 Seventh Street N.W.<br>Washington, D.C. 20410 | *<br>*<br>* | |
| and | | |
| | * | |
| Thomas DiBagio, Unites States Attorney<br>6625 U.S. Courthouse<br>101 W. Lombard Street<br>Baltimore, Maryland 21201-2692 | *<br>* | |
| And | * | |
| <u>DYI CORPORATION</u><br><u>300 N. Charles Street</u><br><u>Suite 800</u><br><u>Baltimore, Maryland 21201</u> | *<br>*<br>* | |
| <u>Serve on: Neptune Dixon</u><br><u>3600 40th Place</u><br><u>Colmar Manor, Maryland 20722</u> | *<br>* | |
| Defendants | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ELECTION FOR JURY TRIAL**

The Plaintiff elects to have her case tried by a jury.

Case 1:03-cv-00367-WMN   Document 13-2   Filed 09/16/2003   Page 7 of 8

7

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

By:_____
Marc Hoffman,  Bar No.: 23335

By:_____
Charles F. Chester, Bar No.: 01419
301 N. Charles Street, Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Of Counsel
Attorney for Plaintiff