IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRYSTAL BAILEY,** | : |
| Plaintiff, | : |
| v. | : |
| | Civil No.: WMN-03-367 |
| **UNITED STATES OF AMERICA,** *et al.*, | : |
| Defendants. | : |

...oOo...

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The United States of America, a defendant herein, by its attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, hereby moves to dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(1) or, in the alternative, moves for summary judgment pursuant to Fed. R. Civ. P. 56. Defendant's Memorandum in Support and proposed Order are submitted with this Motion.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Federal Bar No.: 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
(410) 209-4807
(410) 962-2310 facsimile