### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRYSTAL BAILEY,** | : |
| **Plaintiff,** | : |
| v. | : |
| **UNITED STATES OF AMERICA, *et al.*,** | : |
| **Defendants.** | : |

Civil No.: WMN-03-367

...oOo...

### ORDER

Upon consideration of the United States of America's Motion to Dismiss or, in the alternative, for Summary Judgment, and any opposition filed thereto, it is this _____ day of _____, 2003

ORDERED that the United States of America's Motion to Dismiss or, in the alternative, for Summary Judgment is GRANTED; and it is further

ORDERED that this case is dismissed with prejudice against the United States of America; and it is further

ORDERED that the CLERK send copies of this ORDER to the parties and/or their counsel.

_____
The Honorable William N. Nickerson
United States District Judge