IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **CRYSTAL BAILEY,** | : |
| **Plaintiff,** | : |
| v. | : |
| **UNITED STATES OF AMERICA,** *et al.*, | : Civil No.: WMN-03-367 |
| **Defendants.** | : |

...oOo...

**NOTICE OF FILING OF LENGTHY EXHIBIT**

Exhibit A, which is an attachment to the United States' Memorandum in Support of Motion to Dismiss or, in the alternative, for Summary Judgment, exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                                  Respectfully submitted,

                                                  Thomas M. DiBiagio
                                                  United States Attorney

Date: <u>September 30, 2003</u>        By:              /s/             
                                                       John W. Sippel, Jr.
                                                        Assistant United States Attorney
                                                       Federal Bar No. 25484
                                                     6625 United States Courthouse
                                                     101 West Lombard Street
                                                     Baltimore, Maryland 21201
                                                     (410) 209-4807
                                                     (410) 962-2310 facsimile