## DECLARATION

I, Maureen Musilli, am an employee of the United States Department of Housing and Urban Development, and have been employed with the Department since October 4, 1992.

My current position is Supervisory Contract Specialist for the Chief Procurement Office, Philadelphia Field Contracting Operations, The Wanamaker Building, 100 Penn Square East, Philadelphia, Pennsylvania, 19107. I have served in this position since January 14, 2001.

My duties and responsibilities include executing all types of contracts and interagency agreements involving the obligation of Departmental funds, and providing advisement on the use and application of such contracts. I am responsible for directing the award and administration of all contracts, small purchases and interagency agreements within the Branch, assuring overall compliance with procurement laws and regulations, and policy goals and objectives.

Real Estate Asset Management (REAM) Contracts are among the contracts that would be executed by this office. REAM contractors receive a fixed fee for performing the management, maintenance, and repair of HUD single-family properties within the jurisdiction of the Philadelphia Home Ownership Center, which includes the following geographic areas: New England, New York, New Jersey, Pennsylvania, Delaware, Maryland, West Virginia, Virginia, Michigan and portions of Ohio.



I recognize Exhibit A of the United States' Motion to Dismiss to be a REAM contract as that which is described in the foregoing paragraph. Specifically, Exhibit A is Contract No. C-PHI-00580, including amendments and modifications, between HUD and DIY, Inc. for Real Estate Asset Management Service, effective September 27, 1999, and terminating on June 19, 2000. Pursuant to this contract, DIY, Inc. was responsible for providing REAM service in Eastern Maryland, which includes that area of Maryland in which the property that is the subject of the instant tort claim, 1940 Inverton Road, Baltimore, Maryland, is located. As my signature on the contract indicates, I was the contracting officer for this particular contract, and hereby declare that Exhibit A is a true and correct copy of the REAM contract between HUD and DIY, Inc.

Pursuant to 28 U.S.C. §1746(2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of July 2003.

*Maureen Musilli*
Maureen Musilli
Supervisory Contract Specialist
Philadelphia Contracting Operations Branch
U.S. Department of Housing and Urban Development
The Wanamaker Building
100 Penn Square East
Philadelphia, PA 19107