Source: Public Records > People, Business & Asset Locators > Real Property Locator > Combined, Deed Transfers & Tax Assessor Records > Combined Deed Transfers, Tax Assessor Records and Mortgage Records
Terms: **1940 w/5 inverton**  (Edit Search)

⌕ Select for FOCUS™ or Delivery
☐

*BALTIMORE COUNTY, MD 1940 INVERTON RD*

\*\*\* **THIS DATA IS FOR INFORMATION PURPOSES ONLY** \*\*\*

**PROPERTY TRANSFER RECORD FOR** BALTIMORE COUNTY, MD

**Buyer:** SECRETARY OF HOUSING; URBAN DEVELOPMENT

**Buyer Mailing Address:** C/O ROSENBERG & PARKER LLC7508 WISCONSIN AVE 4TH FLOOR, BETHESDA, MD 20814-3561

**Seller:** MCCORD DAVID L

**Property Address: 1940 INVERTON** RD

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **SALES INFORMATION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Recorded Date:** 10/29/1999

**Sale Price:** $ 57,100 (Full Amount)

**Book/Page:** 14120/401

**Document Number:** 176280

**Previous Book/Page:** 7564/117

**Assessor's Parcel Number:** 0104 -0013 -0262 -000-00014-00071

**Legal Description:** LOT: 00071; BLOCK: 00014; DISTRICT: 12

Brief Description: 1206059260

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **PROPERTY DESCRIPTION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Land Use:** SINGLE FAMILY RESIDENTIAL

**Lot Size:** 2600 SQ FT

Source: Public Records > People, Business & Asset Locators > Real Property Locator > Combined, Deed Transfers & Tax Assessor Records > Combined Deed Transfers, Tax Assessor Records and Mortgage Records
Terms: **1940 w/5 inverton**  (Edit Search)
View: Full
Date/Time: Tuesday, May 27, 2003 - 8:51 AM EDT


EXHIBIT C