IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**CRYSTAL BAILEY**  *
    Plaintiff(s)
                     *

vs.                                      Civil Action No.: WMN-03-367
                               *

**DYI CORPORATION**
    Defendant(s)               *

******

**ORDER**

Plaintiff(s) having failed to serve the summons and amended complaint upon the above named defendant(s) within 120 days after the filing of the amended complaint, it is, this 10th day of February 2004.

ORDERED that plaintiff(s) show good cause within 14 days of the date of this order why the complaint should not be dismissed as to the above named defendant(s) without prejudice pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.

                                                _/s/ William M. Nickerson_
                                                William M. Nickerson
                                                Senior United States District Judge