UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| Crystal Bailey | * | |
|     Plaintiff | * | |
| v. | * | Case No.:  WMN 03 CV 367 |
| United States of America ("HUD") | * | |
| and | * | |
| Thomas DiBagio, U S Attorney | * | |
|     Defendant | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### RESPONSE TO SHOW CAUSE ORDER

COMES NOW the Plaintiff, by undersigned counsel, and in response to the Show Cause Order issued by the Court on February 10, 2004, does hereby respond as follows:

1. That proper service was attempted on the United States after it was issued on or about February 11, 2003. Thereafter, it was effected on the US Attorney for the State of Maryland on May 1, 2003 and proof of service was filed with this Court on or about May 7, 2003.

2. A return of services was received on the Secretary of Housing and Urban Development. Service was effected June 23, 2003 and an Affidavit of Service was filed August 12, 2003.

3. In addition, counsel for the United States, John Sybil, Esquire (sic from notepad) was served with a copy of the Amended Complaint on or about September 16, 2003.

4.   Summons on DYI was issued on November 13, 2003 and was returned non-est November 15, 2003. DYI's address is being located upon information and belief in New Jersey and a Request for Reissuance is attached. That request has been filled out and mailed to the Clerk of the Court for reissuance.

Wherefore, the Plaintiff respectfully requests that:

A. The Court find that Plaintiff has met her burden, and

B. That the case not be dismissed.

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

By:_____
Charles F. Chester, Bar No.: 01419
Of Counsel
301 N. Charles Street
Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of February 2004, a copy of aforegoing Response to Show Cause Order was mailed first-class, postage prepaid to:  John W. Sippel, Jr., Assistant US Attorney, 6625 United States Courthouse, 101 West Read Street, Baltimore, Maryland 21201.

_____
Charles F. Chester