| | | |
|---|---|---|
| **LEON HOFFMAN**<br>RESIDENCE<br>(410) 484-6977<br><br>**MARC E. HOFFMAN**<br>RESIDENCE<br>(410) 363-1747<br><br>**ROBERT TAYLOR, JR**<br>RESIDENCE<br>(410) 252-7914 | *Hoffman & Hoffman, P.A.*<br><br>ATTORNEYS AND COUNSELORS AT LAW<br><br>301 N. CHARLES STREET<br>SUITE 804<br>CHARLES & SARATOGA STREETS<br>BALTIMORE, MARYLAND 21201<br><br>(410) 685-1156<br>(410) 685-1157<br>FAX (410) 783-1765 | **REISTERSTOWN OFFICE**<br>44 WESTMINSTER ROAD<br>REISTERSTOWN, MD 21136<br>(410) 833-4949<br><br>**GLEN BURNIE OFFICE**<br>7310 RITCHIE HIGHWAY<br>SUITE 216, EMPIRE TOWERS<br>GLEN BURNIE, MD 21061<br>(410) 768-4771<br><br>**CARNEY/PARKVILLE OFFICE**<br>2914 E. JOPPA ROAD - SUITE 104<br>BALTIMORE, MD 21234<br>(410) 882-4320 |

February 19, 2004

Clerk
United States District Court
 For the District Of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

RE:   Crystal Bailey v. U.S. Department of Housing & Urban Development, et al.
        Case Number:  1:03-cv-00367

Dear Sir or Madam Clerk:

With regard to the above-referenced matter, I would appreciate you reissuing the Summons for the Defendant, DYI Corporation which is attached hereto and returning same to me, so that I may them served by private process.

Thank you for your attention and cooperation in this matter. Should you have any questions, please do not hesitate to contact me.

Very truly yours,

*[signature]*

CHARLES F. CHESTER
Of Counsel
Bar I.D. #:  01419

CFC:tlm
Enclosures