# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Crystal Bailey

**Plaintiff(s)**

CIVIL ACTION WMN-03-367

UNITED STATES OF AMERICA, ET AL.
vs.

SUMMONS

UNITED STATES OF AMERICA, ET AL

AND

DYI CORPORATION,
300 N. Charles Street, Suite 800
Balto. MD 21201

**Defendant(s)**

Serve on: Neptune Dixon
3600 40th Place
Colmar Manor, Maryland 20722

## TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to serve upon Plaintiff's attorney whose address is 301 N. Charles Street, Suite 804, Baltimore, Maryland 21201

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Felicia C. Cannon
_____ Clerk

_____(signature)_____
Deputy Clerk

DATE: 2/24/04

NOTE: THIS SUMMONS IS ISSUED PURSUANT TO RULE 4 OF THE FEDERAL RULES OF CIVIL PROCEDURE, AND OR THE MARYLAND LONG ARM STATUTE.

4/96