**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CRYSTAL BAILEY | : |
| | : |
| v. | Civil Action WMN-03-367 |
| | : |
| UNITED STATES OF AMERICA | |
| <u>et al.</u> | : |

**<u>ORDER</u>**

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 9th day of March, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That the Government's Motion to Dismiss, or in the Alternative, for Summary Judgment, Paper No. 14, is hereby GRANTED, and the claims against the United States are dismissed;

2. That the claims against Defendant DIY, Inc. are dismissed, <u>sua sponte</u>, for lack of subject matter jurisdiction;

3. That this action is hereby CLOSED;

4. That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                                /s/
                                    William M. Nickerson
                                    Senior United States District Judge