```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
```

CRYSTAL BAILEY                         :

                                        :

v.                                     :   Civil Action WMN-03-367

                                        :

UNITED STATES OF AMERICA
et al.                                 :

### ORDER

In accordance with the foregoing Memorandum and for the reasons stated therein, IT IS this 16th day of March, 2004, by the United States District Court for the District of Maryland, ORDERED:

    1.   That this action is REOPENED;

    2.   That Plaintiff's Motion to Amend, Paper No. 24, is GRANTED, and the Second Amended Complaint is deemed filed as of the date of this ORDER;

    3.   That the Clerk of the Court shall mail or transmit copies of the foregoing Memorandum and this Order to all counsel of record.

                                              /s/
                                     William M. Nickerson
                                     Senior United States District Judge