UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| Crystal Bailey | * | |
|     Plaintiff | * | |
| v. | * | Case No.: WMN 03 CV 367 |
| DIY Corporation | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE OF PROCESS BY CERTIFIED MAIL

Now comes Charles F. Chester, attorney for the Plaintiff, Crystal Bailey, and states the following:

1. That the Summons, along with the Complaint were mailed to Defendant, DIY Corporation, 1301 N. Kings Highway, Cherry Hill, New Jersey, 08034 and Served on: Kevin Wallace, 1301 N. Kings Highway, Cherry Hill, New Jersey, 08034, by certified mail, return receipt requested.

2. That the aforesaid was in fact received by the Defendant's agent, servant and employee on the 11th day of March 2004 , as evidenced by his/her signature on the original return receipt.

2

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

BY: _____
Charles F. Chester , Bar No.:  01419
Of Counsel
301 N. Charles Street
Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Attorney for Plaintiff