UNITED STATES DISTRICT COURT,
FOR THE DISTRICT OF MARYLAND, NORTHERN DIVISION

| | | |
|---|---|---|
| Crystal Bailey | * | |
| Plaintiff | * | |
| v. | * | Case No.: WMN 03 CV 367 |
| DIY Corporation | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March 2004, a copy of the Second Amended Complaint was mailed, first-class, postage prepaid to: DIY, Corporation, c/o Kevin Wallace, 1301 N. Kings Highway, Cherry Hill, New Jersey 08034.

Respectfully submitted,

LAW OFFICES OF HOFFMAN & HOFFMAN, P.A.

BY: _____
Charles F. Chester , Bar No.: 01419
Of Counsel
301 N. Charles Street
Suite 804
Baltimore, Maryland 21201
(410) 685-1156
Attorney for Plaintiff

1