IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CRYSTAL BAILEY                          :
                                        :
v.                                      :   Civil Action WMN-03-367
                                        :
UNITED STATES OF AMERICA                :
et al.                                  :

**ORDER**

In accordance with the foregoing Memorandum, and for the reasons stated therein, it is this 20th day of October, 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That Defendant DIY, Inc.'s Motion to Dismiss, Paper No. 31, is GRANTED;

2. That this action is hereby CLOSED;

3. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

4. That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

                                    _____/s/_____
                                    William M. Nickerson
                                    Senior United States District Judge